UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-355-FDW-DCK

| | |
|---|---|
| REGINA BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MEDICREDIT, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on a Motion for Reconsideration by pro se Plaintiff Regina Boston of this Court's denial of Plaintiff's Motion for Leave to Proceed in Forma Pauperis. (Doc. No. 4). In an order dated October 15, 2014, this Court denied Plaintiff's in forma pauperis motion "unless and until she provides the Court with income tax records that prove her eligibility." (Doc. No. 3 at 1). Plaintiff challenges the Court's order, contending essentially that this Court has already granted in forma pauperis status in other actions filed by Plaintiff. Plaintiff also seeks "further clarification on how the instant complaint being frivolous or not deems to be a deterrent to her filing in forma pauperis is she is unable to pay." (Doc. No. 4 at 2).

Plaintiff's motion for reconsideration is denied. As the Court explained in its order, Plaintiff is required to submit tax records proving her eligibility for in forma pauperis status. In the motion for reconsideration, Plaintiff has attached only a Schedule C Form 10140 from her 2013 tax records showing profit or loss from her business in insurance sales. See (Doc. No. 4 at

1

6). This is simply not sufficient, as Plaintiff must submit her full tax records for the relevant tax period to be in compliance with this Court's prior order. As for Plaintiff's request for "further clarification" of this Court's prior order, this Court explained in its prior order that if Plaintiff were required to pay the full filing fee each time she filed an action in this Court she would most likely stop filing vexatious and frivolous actions in this Court. Although the Court did not specifically hold that this action is frivolous, the Court did make clear that the Court would not proceed with this action unless and until Plaintiff either paid the full filing fee or otherwise showed, by submitting full tax records, that she cannot afford to pay the filing fee.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 4), is **DENIED**.

Signed: October 28, 2014

Frank D. Whitney
Chief United States District Judge