UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00355-FDW-DCK

| | |
|---|---|
| REGINA BOSTON, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| MEDICREDIT, INC., ) | |
| Defendant. ) | |

**THIS MATTER** is matter is before the Court on Plaintiff's submission of additional tax documents in support of her Motion to Proceed In Forma Pauperis ("IFP") (Doc. No. 2) and Motion for Reconsideration (Doc. No. 4).

The Court initially denied Ms. Boston IFP filing status due to an ambiguity in her initial application and first submission of tax documents proving eligibility. She has now filed additional tax documents, including her individual income tax return from 2013 and relevant schedules related to her business expenses. While Ms. Boston has complied with the Court's previous orders, the Court finds that vehicle expense she had listed ($17, 932) is significantly disproportionate to her gross income ($24, 089). Therefore, the Court orders documentation to support the amount that she claims as an expense. The Court must determine whether that expense was cash or non-cash (i.e., depreciation) in order to decide whether Ms. Boston has the available cash to pay the court filing fee.

Thus, the Court orders Ms. Boston to submit documents supporting the amount she claimed as a vehicle expense.

IT IS SO ORDERED.

Signed: November 4, 2014

Frank D. Whitney
Chief United States District Judge